| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION |
| Case number *(if known)* _____  Chapter  7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
California Asphalt Production, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FKA GRC, Inc.  
FKA Greka Refining Company  
DBA Santa Maria Asphalt Refinery

**3. Debtor's federal Employer Identification Number (EIN)**  
77-0377377

**4. Debtor's address**

Principal place of business  
1660 Sinton Rd  
Santa Maria, CA 93458  
Number, Street, City, State & ZIP Code

Santa Barbara  
County

Mailing address, if different from principal place of business  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  California Asphalt Production, Inc._____    Case number (*if known*)_____
      Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. Check **all** *that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  California Asphalt Production, Inc. _____  Case number (*if known*) _____
       Name

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    California Asphalt Production, Inc.    Case number (if known) _____
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 28, 2024
               MM / DD / YYYY

X _____    Randeep S. Grewal
Signature of authorized representative of debtor    Printed name

Title    Non-Executive Chairman/Director

**18. Signature of attorney**

X _____    Date    May 29, 2024
Signature of attorney for debtor                MM / DD / YYYY

Reed Olmstead
Printed name

Law Offices of Reed H. Olmstead
Firm name

5142 Hollister Ave # 171
Santa Barbara, CA 93111
Number, Street, City, State & ZIP Code

Contact phone    (805) 963-9111    Email address    reed@olmstead.law

269525 CA
Bar number and State

## CERTIFICATE OF RESOLUTION OF BOARD OF DIRECTORS OF
## CALIFORNIA ASPHALT PRODUCTION, INC.

The undersigned certify that he/she is authorized under the Articles of Incorporation and Bylaws of California Asphalt Production, Inc., a California Corporation (the "Company"), to enter into the following resolution. It is hereby

**RESOLVED** that the Company promptly file a voluntary petition under Chapter 7 of Title 11 (the Bankruptcy Code) in the Central District of California;

**RESOLVED FURTHER** that the Company employ the Law Offices of Reed H. Olmstead to represent it in the contemplated bankruptcy proceedings; and

**RESOLVED FURTHER** that Randeep S. Grewal, Non-Executive Chairman/Director, is hereby authorized to sign all documents of the company in connection with the contemplated bankruptcy proceedings.

DATED: May 28, 2024

_____
Randeep S. Grewal,
Non-Executive Chairman/Director

Amerisource Funding, Inc.
7225 Langtry St, Ste 500
Houston, TX 77040


CDTFA
PO Box 942879
Sacramento, CA 94279-0055


County of Santa Barbara
Planning and Development
624 West Foster Rd
Santa Maria, CA 93455


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section, MSL A-340
PO Box 2952
Sacramento, CA 95812-2952


GRL, LLC
45 Rockefeller Plaza, Ste 2410
New York, NY 10111


GTL1, LLC
1700 Stinton Rd
Santa Maria, CA 93458


Guggenheim Corporate Funding, LLC
135 East 57th St
New York, NY 10022

Harry E. Hagen
Treasurer-Tax Collector PO Box 579
Santa Barbara, CA 93102-0579


Internal Revenue Service
Centralized Insolvency Ops. PO Box 7346
Philadelphia, PA 19101-7346


Manley's Boiler, LLC
401 S Grand Ave
Santa Ana, CA 92705


Robert Half International
18757 Burbank Blvd, Ste 100
Tarzana, CA 91356


Santa Barbara County APCD
260 N San Antonio Rd # A
Santa Barbara, CA 93110


Santa Barbara County Public Health Dept
2125 S. Centerpointe Pkwy # 333
Santa Maria, CA 93455-1340


State of California
Department of Justice PO Box 70550
Oakland, CA 94612-0550