Jeremy W. Faith
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Telephone (818) 705-2777

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CALIFORNIA ASPHALT PRODUCTION, INC.,<br><br>　　　　Debtor | Chapter 7<br>Case No: 9:24-bk-10606-RC<br><br>**NOTICE OF NON-ACCEPTANCE OF APPOINTMENT BY TRUSTEE** |

　　　JEREMY W. FAITH, hereby gives notice of his non-acceptance as Trustee in the above captioned case, due to a conflict of interest.

Dated: May 29, 2024　　　　　　　　　　　　/s/ Jeremy W. Faith
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  16030 Ventura Blvd., Suite 470, Encino, CA 91436

 A true and correct copy of the foregoing document entitled **NOTICE OF NON-ACCEPTANCE OF APPOINTMENT BY TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;leedowding@gmail.com
- Reed H Olmstead    reed@olmstead.law, r41602@notify.bestcase.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
  - ☐ Service information continued on attached page

 **2. SERVED BY UNITED STATES MAIL OR CERTIFIED MAIL** (state method for each person or entity served):
On May 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** *Pursuant to the General Order 23-01, Judge's copies are not required for any document less than 25 pages.*
Debtor: California Asphalt Production, Inc., 1660 Sinton Rd, Santa Maria, CA 93458
☐ Service information continued on attached page

 **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 29, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page
 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 29, 2024 | Lee Dowding | /s/ Lee Dowding |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**